UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
                                    )
MSD CONSUMER PRODUCTS, INC.,        )
SANTARUS, INC., and THE CURATORS    )
OF THE UNIVERSITY OF MISSOURI,      )
                                    )
            Plaintiffs,             )
                                    )   No. 11-cv-7437 (PGS) (LHG)
        v.                          )
                                    )
ZYDUS PHARMACEUTICALS               )
(USA), INC.,                        )
                                    )
            Defendant.              )
_____)

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Plaintiffs MSD Consumer Products, Inc., Santarus, Inc. and The Curators Of The University Of Missouri (collectively, "Plaintiffs") and Defendant Zydus Pharmaceuticals (USA), Inc. ("Zydus") hereby provide their Joint Claim Construction and Prehearing Statement concerning U.S. Patent No. 7,399,772 ("the '772 patent" or "the patent-in-suit") in accordance with Local Patent Rule 4.3 of the United States District Court for the District of New Jersey.

I.  **BACKGROUND**

This is a Hatch-Waxman Act patent action.  Plaintiffs assert, among other things, that Zydus has infringed the patent-in-suit by filing an Abbreviated New Drug Application ("ANDA") with the U.S. Food and Drug Administration seeking approval to market generic versions of Zegerid® OTC brand pharmaceutical products.  Zydus alleges that the asserted claims of the patent-in-suit are invalid and/or not infringed.

II.  **CONSTRUCTION OF TERMS**

A.  **Construction of Terms on Which the Parties Agree**

In accordance with Local Patent Rule 4.3(a), the parties have agreed on this

construction:

| Claim 1 of U.S. Pat. No. 7,399,772 ||
| --- | --- |
| **Claim Term** | **Parties' Agreed Construction** |
| "solid pharmaceutical composition" | "a solid dosage form that is pharmaceutically acceptable for storage, shipping, and administration, including a powder than can be combined with an aqueous medium and then orally administered." |

B.    **Each Party's Proposed Construction of the Claim Terms in Dispute**

In accordance with Local Patent Rule 4.3(b), the parties have not identified any disputed claim terms.

C.    **Claim Terms Whose Construction Will Be Most Significant or Dispositive**

In accordance with Local Patent Rule 4.3(c), the parties do not believe that their agreement on the term "solid pharmaceutical composition" will be case-dispositive or substantially conductive to promoting settlement.

#1918483 v1
105686-78223

      **D.**      **Anticipated Length of Time Necessary for the Claim Construction Hearing and Tutorial**

In accordance with Local Patent Rule 4.3(d), since the parties are in agreement on the above claim term, the parties' view is that a claim construction hearing will not be necessary.

      **E.**      **Identification of Witnesses for the Claim Construction Hearing**

Not applicable.

#1918483 v1
105686-78223

Respectfully submitted,

By their attorneys for Plaintiffs:

  s/ Sheila F. McShane

Date:   March 28, 2013

Sheila F. McShane, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102-5310
Telephone:   (973) 596-4500
Facsimile:   (973) 596-0545
Email  :   smcshane@gibbonslaw.com

*Attorneys for Plaintiffs MSD Consumer Products, Inc., Santarus, Inc., and The Curators of the University of Missouri*

*Of Counsel:*
Raymond N. Nimrod, Esq.
Gregory D. Bonifield, Esq.
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York  10010
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100
Email: raynimrod@quinnemanuel.com
       gregbonifield@quinnemanuel.com

*Attorneys for Plaintiff MSD Consumer Products, Inc.*

Joseph A. Mahoney, Esq.
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, Illinois  60606
Telephone:   (312) 701-7390
Facsimile:   (312) 706-8556
Email: jmahoney@mayerbrown.com

*Attorneys for Plaintiff The Curators of the University of Missouri*

By their attorneys for Defendants:

  s/ Vincent P. Rao II

Date:   March 28, 2013

Steven J. Moore, Esq.
James M. Moriarty, Esq.
**KELLEY DRYE & WARREN LLP**
400 Atlantic Street
Stamford, Connecticut  06901
Telephone:   (203) 351-8034
Facsimile:   (203) 327-2669
Email:   jmoriarty@kelleydrye.com

Joseph A. Boyle
Nainesh Ramjee
Vincent P. Rao II
**KELLEY DRYE & WARREN LLP**
200 Kimball Drive
Parsippany, New Jersey  07054
Telephone:   (973) 503-5900
Facsimile:   (973) 503-5950
Email:   jboyle@kelleydrye.com
       nramjee@kelleydrye.com
       vrao@kelleydrye.com

*Attorneys for Defendant Zydus Pharmaceuticals (USA) Inc.*

Morgan Chu, Esq.
Gary N. Frischling, Esq.
**IRELL & MANELLA LLP**
1800 Avenue of the Stars
Suite 900
Los Angeles, California  90067
Telephone:	(310) 277-1010
Facsimile:	(310) 203-7199
Email:	mchu@irell.com
	gfrischling@irell.com

*Attorneys for Plaintiff Santarus, Inc.*

5